Certificate Number: 06531-PAM-DE-037824033

Bankruptcy Case Number: 23-02181



06531-PAM-DE-037824033

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 4, 2023, at 11:40 o'clock PM CDT, Kathryn Neri completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: October 4, 2023

By: /s/Deyanira Reyes

Name: Deyanira Reyes

Title: Counselor