```
T BANK NATIONAL ASSOCIATION - REMOTE-BRIAN NERI          Voucher #: 038060 Sort Order: 58
 Employee Info           Check Date  Soc-Sec-Num  Period Start  Period End   Check No
A06778 Brian J Neri      08-31-2023  XXX-XX-4404  08-16-2023    08-31-2023   4216771
Federal Tax- Status: MJ Allowances: Married         State Tax- Status: NONE Allowances: NONE
           CURRENT EARNINGS DETAIL                    DEDUCTIONS / TAXES
  Date    Description     Rate   Hours   Amount     Description     Amount     Y-T-D
08-31-2023 REGULAR      41.5385  81.25  3375.00    MEDICAL          270.68    1082.72
08-31-2023 GROUP LIFE    0.0000   0.00     2.45    401K             202.50    1102.50
                                                   DENTAL EXPEN      26.22     104.88
                                                   VISION EXP         9.34      37.36
                                                   LIFE               1.05       4.20
                                                   AD&D               0.16       0.64
                                                   FEDERAL INCOME   308.64    1920.15
                                                   FICA - MEDICARE   44.53     248.81
                                                   FICA - OASDI     190.41    1063.89
                                                   PA INCOME TAX     94.29     526.81
                       Totals:   81.25  3,377.45   PA EE SUTA         2.36      10.50
                                                   YORK,PA CIWT      38.39     172.30
           DIRECT DEPOSIT                          YORK,PA O/P TAX    2.16       8.64
 Type      Account              Amount    Net Pay
CHECKING   43427                333.32
           00406               2184.27    2,184.27

                                          Net Pay Y-T-D
                       Total:   2,517.59  12,091.60       Total:   1,190.73   6,283.40

      Y-T-D EARNINGS              PAID TIME OFF           EMPLOYER CONTRIBUTIONS
Description          Amount     Description    Balance   Description     Amount     Y-T-D
REGULAR           16875.00                               401K             118.13     643.15
BONUS              1500.00                               ER LTD             0.00      24.58
GROUP LIFE            9.48                               ER PD LIFE         0.00      20.42
                                                         MEDICAL         -270.68    2516.08
                                                         VOL LIFE          -1.05      -0.02
                                                         HSA MATCH        333.32     333.32

                 Total:  18,384.48                                Total:  179.72    3,537.53
```

NEX_PEO_CHECK_PRINTING_Legal 20220203

NEXTEP                                              08-31-2023          4216771
*Prepared For:*
T BANK NATIONAL ASSOCIATION
16200 Dallas Pkwy Ste 190                           AMOUNT     ** VOID **
DALLAS, TX 75248
   Pay: Non-negotiable

   To The  Brian J Neri
  Order Of: 100 Joshua Dr
            York, PA 17404-8638

Non-Negotiable

NEXTEP
T BANK NATIONAL ASSOCIATION
16200 Dallas Pkwy Ste 190                                              75
DALLAS, TX 75248
                                                                      2236
                                                          REMOTE-BRIAN NERI


                                          Brian J Neri
                                          100 Joshua Dr
                                          York, PA 17404-8638

T BANK NATIONAL ASSOCIATION - REMOTE-BRIAN NERI                    Voucher #: 037314 Sort Order: 65

| Employee Info | Check Date | Soc-Sec-Num | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| A06778 Brian J Neri | 08-15-2023 | XXX-XX-4404 | 08-01-2023 | 08-15-2023 | 4196000 |

Federal Tax- Status: MJ Allowances: Married (filing joint)    State Tax- Status: NONE  Allowances: NONE

### CURRENT EARNINGS DETAIL

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 08-15-2023 | REGULAR | 41.5385 | 81.25 | 3375.00 |
| 08-15-2023 | BONUS | 750.0000 | 1.00 | 750.00 |
| 08-15-2023 | GROUP LIFE | 0.0000 | 0.00 | 2.29 |
| | Totals: | | 82.25 | 4,127.29 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| MEDICAL | 270.68 | 812.04 |
| 401K | 247.50 | 900.00 |
| DENTAL EXPEN | 26.22 | 78.66 |
| VISION EXP | 9.34 | 28.02 |
| LIFE | 1.05 | 3.15 |
| AD&D | 0.16 | 0.48 |
| FEDERAL INCOME | 463.70 | 1611.51 |
| FICA - MEDICARE | 55.40 | 204.28 |
| FICA - OASDI | 236.91 | 873.48 |
| PA INCOME TAX | 117.31 | 432.52 |
| PA EE SUTA | 2.89 | 8.14 |
| YORK,PA CIWT | 47.76 | 133.91 |
| YORK,PA O/P TAX | 2.16 | 6.48 |
| Total: | 1,481.08 | 5,092.67 |

### DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|
| CHECKING | 00406 | 2643.92 |
| Total: | | 2,643.92 |

Net Pay: 2,643.92
Net Pay Y-T-D: 9,907.33

### Y-T-D EARNINGS

| Description | Amount |
|---|---|
| REGULAR | 13500.00 |
| BONUS | 1500.00 |
| GROUP LIFE | 7.03 |
| Total: | 15,007.03 |

### PAID TIME OFF

| Description | Balance |
|---|---|

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|
| 401K | 144.38 | 525.02 |
| VOLUNTARY AD&D | 0.16 | 0.16 |
| ER LTD | 12.29 | 24.58 |
| VISION | 9.34 | 9.34 |
| ER PD LIFE | 10.21 | 20.42 |
| MEDICAL | 1528.72 | 2786.76 |
| VOL LIFE | 1.04 | 1.03 |
| DEN PREV | 26.22 | 26.22 |
| Total: | 1732.36 | 3,393.53 |

NEX_PEO_CHECK_PRINTING_Legal 20220203

NEXTEP                                           08-15-2023        4196000

Prepared For:
T BANK NATIONAL ASSOCIATION
16200 Dallas Pkwy Ste 190
DALLAS, TX 75248

Pay: Non-negotiable                              AMOUNT  ** VOID **

To The Order Of: Brian J Neri
100 Joshua Dr
York, PA 17404-8638

*Non-Negotiable*

---

NEXTEP
T BANK NATIONAL ASSOCIATION
16200 Dallas Pkwy Ste 190
DALLAS, TX 75248

75
2236
REMOTE-BRIAN NERI

Brian J Neri
100 Joshua Dr
York, PA 17404-8638

T BANK NATIONAL ASSOCIATION - REMOTE-BRIAN NERI
Voucher #: 036241 Sort Order: 57

| Employee Info | Check Date | Soc-Sec-Num | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| A06778 Brian J Neri | 07-31-2023 | XXX-XX-4404 | 07-16-2023 | 07-31-2023 | 4173448 |

Federal Tax- Status: MJ Allowances: Married filing joint   State Tax- Status: NONE Allowances: NONE

### CURRENT EARNINGS DETAIL

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 07-31-2023 | REGULAR | 41.5385 | 81.25 | 3375.00 |
| 07-31-2023 | GROUP LIFE | 0.0000 | 0.00 | 2.45 |
| | Totals: | | 81.25 | 3,377.45 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| MEDICAL | 270.68 | 541.36 |
| 401K | 202.50 | 652.50 |
| DENTAL EXPEN | 26.22 | 52.44 |
| VISION EXP | 9.34 | 18.68 |
| LIFE | 1.05 | 2.10 |
| AD&D | 0.16 | 0.32 |
| FEDERAL INCOME | 308.64 | 1147.81 |
| FICA - MEDICARE | 44.54 | 148.88 |
| FICA - OASDI | 190.41 | 636.57 |
| PA INCOME TAX | 94.29 | 315.21 |
| PA EE SUTA | 2.36 | 5.25 |
| YORK,PA CIWT | 38.39 | 86.15 |
| YORK,PA O/P TAX | 2.16 | 4.32 |
| Total: | 1,190.74 | 3,611.59 |

### DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|
| CHECKING | 00406 | 2184.26 |
| | Total: | 2,184.26 |

Net Pay: **2,184.26**
Net Pay Y-T-D: **7,263.41**

### Y-T-D EARNINGS

| Description | Amount |
|---|---|
| REGULAR | 10125.00 |
| BONUS | 750.00 |
| GROUP LIFE | 4.74 |
| Total: | 10,879.74 |

### PAID TIME OFF

| Description | Balance |
|---|---|

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|
| 401K | 118.13 | 380.64 |
| ER LTD | 0.00 | 12.29 |
| ER PD LIFE | 0.00 | 10.21 |
| MEDICAL | -270.68 | 1258.04 |
| VOL LIFE | -1.05 | -0.01 |
| Total: | -153.60 | 1,661.17 |

NEX_PEO_CHECK_PRINTING_Legal 20220203

NEXTEP                                           07-31-2023         4173448

*Prepared For:*
T BANK NATIONAL ASSOCIATION
16200 Dallas Pkwy Ste 190
DALLAS, TX 75248

Pay: Non-negotiable

AMOUNT  ** VOID **

To The Order Of: Brian J Neri
100 Joshua Dr
York, PA 17404-8638

Non-Negotiable

---

NEXTEP
T BANK NATIONAL ASSOCIATION
16200 Dallas Pkwy Ste 190
DALLAS, TX 75248

75
2236
REMOTE-BRIAN NERI

Brian J Neri
100 Joshua Dr
York, PA 17404-8638

```
T BANK NATIONAL ASSOCIATION - REMOTE-BRIAN NERI                          Voucher #: 035777 Sort Order: 65
 Employee Info          Check Date  Soc-Sec-Num  Period Start   Period End    Check No
A06778 Brian J Neri      07-14-2023  XXX-XX-4404   07-01-2023    07-15-2023    4151737
Federal Tax- Status: MJ Allowances: Married       State Tax- Status: NONE  Allowances: NONE
          CURRENT  EARNINGS  DETAIL                    DEDUCTIONS / TAXES
   Date    Description    Rate  Hours    Amount   Description       Amount      Y-T-D
07-15-2023 REGULAR      41.5385  81.25  3375.00   MEDICAL            270.68     270.68
07-15-2023 BONUS       750.0000   1.00   750.00   401K               247.50     450.00
07-15-2023 GROUP LIFE    0.0000   0.00     2.29   DENTAL EXPEN        26.22      26.22
                                                  VISION EXP           9.34       9.34
                                                  LIFE                 1.05       1.05
                                                  AD&D                 0.16       0.16
                                                  FEDERAL INCOME     463.70     839.17
                                                  FICA - MEDICARE     55.40     104.34
                                                  FICA - OASDI       236.91     446.16
                                                  PA INCOME TAX      117.31     220.92
                                                  PA EE SUTA           2.89       2.89
                         Totals:  82.25  4,127.29 YORK,PA CIWT        47.76      47.76
                                                  YORK,PA O/P TAX      2.16       2.16
         DIRECT  DEPOSIT
Type       Account            Amount     Net Pay
CHECKING    00406            2643.92    2,643.92

                                        Net Pay Y-T-D
                  Total:     2,643.92   5,079.15          Total:  1,481.08   2,420.85
       Y-T-D  EARNINGS              PAID  TIME  OFF        EMPLOYER  CONTRIBUTIONS
Description        Amount      Description      Balance   Description       Amount      Y-T-D
REGULAR           6750.00                                 401K               144.38     262.51
BONUS              750.00                                 VOLUNTARY AD&D       0.16       0.16
GROUP LIFE           2.29                                 ER LTD              12.29      12.29
                                                          VISION               9.34       9.34
                                                          ER PD LIFE          10.21      10.21
                                                          MEDICAL           1528.72    1528.72
                                                          VOL LIFE             1.04       1.04
                                                          DEN PREV            26.22      26.22

                  Total:     7,502.29                              Total:  1732.36    1,850.49
```

NEX_PEO_CHECK_PRINTING_Legal 20220203

NEXTEP                                                             07-14-2023         4151737
Prepared For:
T BANK NATIONAL ASSOCIATION
16200 Dallas Pkwy Ste 190                             AMOUNT        ** VOID **
DALLAS, TX 75248
        Pay: Non-negotiable

   To The  Brian J Neri
  Order Of: 100 Joshua Dr
           York, PA 17404-8638

Non-Negotiable

NEXTEP
T BANK NATIONAL ASSOCIATION
16200 Dallas Pkwy Ste 190                                    75
DALLAS, TX 75248
                                                             2236
                                                        REMOTE-BRIAN NERI

                                      Brian J Neri
                                      100 Joshua Dr
                                      York, PA 17404-8638