| | Kathryn M Neri | | Pay Date: | **August 23, 2023** | | Number | RA0821269 |

| Other Information | This Check | YTD Amount | Balance | Net Pay Distribution | Amount |
|---|---|---|---|---|---|
| 401K Base Accrual | -80.46 | -1,321.80 | | Checking: 751000579167 | 1,022.19 |
| Sick Hours | 0.04 | | 562.86 | Checking: 6319552909 | 400.00 |
| Vacation Hours | 6.25 | | 144.50 | | |
| FFA Child Hours Remaining | | | -40.00 | | |
| Hours Personal Remain | | | 8.00 | | |

DIO1095   E0002244
Kathryn M Neri
100 Joshua Dr
York, PA 17404-8638
United States

| Tax Auth. Information | Filing Status | Allow. | Extra W/H |
|---|---|---|---|
| Federal Government | MARRIED | 0 | 0.00 |

| Earnings | Hours | This Check | YTD Amount | Gross to Net Pay | This Check | YTD Amount |
|---|---|---|---|---|---|---|
| Salary | 74.5 | 2,011.54 | 33,046.20 | Total Earnings | 2,011.54 | 33,046.20 |
| | | | | Dental BU Pretax | -53.00 | -595.50 |
| | | | | Vision Pretax | -11.00 | -187.00 |
| | | | | Social Security | -120.76 | -2,000.40 |
| | | | | Medicare Employee | -28.24 | -467.86 |
| | | | | PA State Tax | -59.79 | -990.56 |
| | | | | PA Unemploy EE | -1.41 | -23.19 |
| | | | | Local Income Tax | -19.48 | -322.71 |
| | | | | Local Services Tax | -2.00 | -34.00 |
| | | | | Federal Income Tax | -148.47 | -2,422.72 |
| | | | | 401K Loan Repayment | -122.20 | -2,077.40 |
| | | | | Lifetime Benefit Insur | -23.00 | -391.00 |
| Total Earnings | | 2,011.54 | 33,046.20 | Net Pay | 1,422.19 | 23,533.86 |

Roman Catholic Diocese of Hbg
4800 Union Deposit Road
Harrisburg, PA 17111

August 23, 2023            RA0821269            60-1809/433
                                                 First National Bank

PAY   VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID            1,422.19

TO THE ORDER OF:

DIO1095   E0002244
Kathryn M Neri
100 Joshua Dr
York, PA 17404-8638
United States

REMITTANCE ADVICE ONLY

| | Kathryn M Neri | | Pay Date: | **August 9, 2023** | | Number | RA0819315 |
|---|---|---|---|---|---|---|---|

| Other Information | This Check | YTD Amount | Balance | Net Pay Distribution | Amount |
|---|---|---|---|---|---|
| 401K Base Accrual | -80.46 | -1,241.34 | | Checking: 751000579167 | 1,022.19 |
| Sick Hours | 3.04 | | 562.82 | Checking: 6319552909 | 400.00 |
| Vacation Hours | 6.25 | | 138.25 | | |
| FFA Child Hours Remaining | | | -40.00 | | |
| Hours Personal Remain | | | 8.00 | | |

DIO1095    E0002244
Kathryn M Neri
100 Joshua Dr
York, PA 17404-8638
United States

| Tax Auth. Information | Filing Status | Allow. | Extra W/H |
|---|---|---|---|
| Federal Government | MARRIED | 0 | 0.00 |

| Earnings | Hours | This Check | YTD Amount | Gross to Net Pay | This Check | YTD Amount |
|---|---|---|---|---|---|---|
| Salary | 77.5 | 2,011.54 | 31,034.66 | Total Earnings | 2,011.54 | 31,034.66 |
| | | | | Dental BU Pretax | -53.00 | -542.50 |
| | | | | Vision Pretax | -11.00 | -176.00 |
| | | | | Social Security | -120.76 | -1,879.64 |
| | | | | Medicare Employee | -28.24 | -439.62 |
| | | | | PA State Tax | -59.79 | -930.77 |
| | | | | PA Unemploy EE | -1.41 | -21.78 |
| | | | | Local Income Tax | -19.48 | -303.23 |
| | | | | Local Services Tax | -2.00 | -32.00 |
| | | | | Federal Income Tax | -148.47 | -2,274.25 |
| | | | | 401K Loan Repayment | -122.20 | -1,955.20 |
| | | | | Lifetime Benefit Insur | -23.00 | -368.00 |
| Total Earnings | | 2,011.54 | 31,034.66 | Net Pay | 1,422.19 | 22,111.67 |

Roman Catholic Diocese of Hbg
4800 Union Deposit Road
Harrisburg, PA 17111

August 9, 2023    RA0819315    60-1809/433
First National Bank

PAY    VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID    1,422.19

TO THE ORDER OF:

DIO1095    E0002244
Kathryn M Neri
100 Joshua Dr
York, PA 17404-8638
United States

REMITTANCE ADVICE ONLY

Case 1:23-bk-02181-HWV    Doc 17    Filed 10/10/23    Entered 10/10/23 14:28:35    Desc
Main Document    Page 2 of 5

| Kathryn M Neri | | Pay Date: | **July 26, 2023** | | Number | RA0817374 |

| Other Information | This Check | YTD Amount | Balance | Net Pay Distribution | Amount |
|---|---|---|---|---|---|
| 401K Base Accrual | -80.46 | -1,160.88 | | Checking: 751000579167 | 1,022.19 |
| Hours Personal Remain | 8.00 | | 8.00 | Checking: 6319552909 | 400.00 |
| Sick Hours | 5.54 | | 569.78 | | |
| Vacation Hours | 6.25 | | 132.00 | | |
| FFA Child Hours Remaining | | | -40.00 | | |

DIO1095    E0002244
Kathryn M Neri
100 Joshua Dr
York, PA 17404-8638
United States

| Tax Auth. Information | Filing Status | Allow. | Extra W/H |
|---|---|---|---|
| Federal Government | MARRIED | 0 | 0.00 |

| Earnings | Hours | This Check | YTD Amount | Gross to Net Pay | This Check | YTD Amount |
|---|---|---|---|---|---|---|
| Salary | 70.25 | 2,011.54 | 29,023.12 | Total Earnings | 2,011.54 | 29,023.12 |
| | | | | Dental BU Pretax | -53.00 | -489.50 |
| | | | | Vision Pretax | -11.00 | -165.00 |
| | | | | Social Security | -120.76 | -1,758.88 |
| | | | | Medicare Employee | -28.24 | -411.38 |
| | | | | PA State Tax | -59.79 | -870.98 |
| | | | | PA Unemploy EE | -1.41 | -20.37 |
| | | | | Local Income Tax | -19.48 | -283.75 |
| | | | | Local Services Tax | -2.00 | -30.00 |
| | | | | Federal Income Tax | -148.47 | -2,125.78 |
| | | | | 401K Loan Repayment | -122.20 | -1,833.00 |
| | | | | Lifetime Benefit Insur | -23.00 | -345.00 |
| Total Earnings | | 2,011.54 | 29,023.12 | Net Pay | 1,422.19 | 20,689.48 |

Roman Catholic Diocese of Hbg    July 26, 2023    RA0817374    60-1809/433
4800 Union Deposit Road                                         First National Bank
Harrisburg, PA 17111

PAY    VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID    1,422.19

TO THE ORDER OF:

DIO1095    E0002244
Kathryn M Neri
100 Joshua Dr
York, PA 17404-8638
United States

REMITTANCE ADVICE ONLY

| | Kathryn M Neri | | Pay Date: | **July 12, 2023** | | Number | RA0815427 |

| Other Information | This Check | YTD Amount | Balance | Net Pay Distribution | Amount |
|---|---|---|---|---|---|
| 401K Base Accrual | -80.46 | -1,080.42 | | Checking: 751000579167 | 1,022.19 |
| Sick Hours | -24.96 | | 564.25 | Checking: 6319552909 | 400.00 |
| Vacation Hours | 6.25 | | 125.75 | | |
| FFA Child Hours Remaining | | | -40.00 | | |

DIO1095    E0002244
Kathryn M Neri
100 Joshua Dr
York, PA 17404-8638
United States

| Tax Auth. Information | Filing Status | Allow. | Extra W/H |
|---|---|---|---|
| Federal Government | MARRIED | 0 | 0.00 |

| Earnings | Hours | This Check | YTD Amount | Gross to Net Pay | This Check | YTD Amount |
|---|---|---|---|---|---|---|
| Salary | 49.5 | 2,011.54 | 27,011.58 | Total Earnings | 2,011.54 | 27,011.58 |
| | | | | Dental BU Pretax | -53.00 | -436.50 |
| | | | | Vision Pretax | -11.00 | -154.00 |
| | | | | Social Security | -120.76 | -1,638.12 |
| | | | | Medicare Employee | -28.24 | -383.14 |
| | | | | PA State Tax | -59.79 | -811.19 |
| | | | | PA Unemploy EE | -1.41 | -18.96 |
| | | | | Local Income Tax | -19.48 | -264.27 |
| | | | | Local Services Tax | -2.00 | -28.00 |
| | | | | Federal Income Tax | -148.47 | -1,977.31 |
| | | | | 401K Loan Repayment | -122.20 | -1,710.80 |
| | | | | Lifetime Benefit Insur | -23.00 | -322.00 |
| Total Earnings | | 2,011.54 | 27,011.58 | Net Pay | 1,422.19 | 19,267.29 |

Roman Catholic Diocese of Hbg
4800 Union Deposit Road
Harrisburg, PA 17111

July 12, 2023        RA0815427        60-1809/433
First National Bank

PAY      VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID        1,422.19

TO THE ORDER OF:

DIO1095    E0002244
Kathryn M Neri
100 Joshua Dr
York, PA 17404-8638
United States

REMITTANCE ADVICE ONLY

| | Other Information | This Check | YTD Amount | Balance | Net Pay Distribution | Amount |
|---|---|---|---|---|---|---|
| | 401K Base Accrual | -76.92 | -999.96 | | Checking: 751000579167 | 972.70 |
| | Sick Hours | -14.71 | | 589.21 | Checking: 6319552909 | 400.00 |
| | Vacation Hours | 0.25 | | 119.50 | | |
| | FFA Child Hours Remaining | | | -40.00 | | |

DIO1091    E0002244
Kathryn M Neri
100 Joshua Dr
York, PA 17404-8638
United States

| Tax Auth. Information | Filing Status | Allow. | Extra W/H |
|---|---|---|---|
| Federal Government | MARRIED | 0 | 0.00 |

| Earnings | Hours | This Check | YTD Amount | Gross to Net Pay | This Check | YTD Amount |
|---|---|---|---|---|---|---|
| Salary | 53.75 | 1,923.08 | 25,000.04 | Total Earnings | 1,923.08 | 25,000.04 |
| | | | | Dental BU Pretax | -29.50 | -383.50 |
| | | | | Vision Pretax | -11.00 | -143.00 |
| | | | | Social Security | -116.72 | -1,517.36 |
| | | | | Medicare Employee | -27.30 | -354.90 |
| | | | | PA State Tax | -57.80 | -751.40 |
| | | | | PA Unemploy EE | -1.35 | -17.55 |
| | | | | Local Income Tax | -18.83 | -244.79 |
| | | | | Local Services Tax | -2.00 | -26.00 |
| | | | | Federal Income Tax | -140.68 | -1,828.84 |
| | | | | 401K Loan Repayment | -122.20 | -1,588.60 |
| | | | | Lifetime Benefit Insur | -23.00 | -299.00 |
| Total Earnings | | 1,923.08 | 25,000.04 | Net Pay | 1,372.70 | 17,845.10 |

Kathryn M Neri    Pay Date: **June 28, 2023**    Number    RA0813370

**Roman Catholic Diocese of Hbg**
**4800 Union Deposit Road**
**Harrisburg, PA 17111**

June 28, 2023    RA0813370    60-1809/433
First National Bank

PAY    VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID    1,372.70

TO THE ORDER OF:

DIO1091    E0002244
Kathryn M Neri
100 Joshua Dr
York, PA 17404-8638
United States

**REMITTANCE ADVICE ONLY**