United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Brian J. Neri  
Kathryn M. Neri  
    Debtors

Case No. 23-02181-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Oct 26, 2023      Form ID: ntcnfhrg      Total Noticed: 26

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian J. Neri, Kathryn M. Neri, 100 Joshua Dr., York, PA 17404-8638 |
| 5568275 | | UPMC in Central PA, PO Box 2353, Harrisburg, PA 17105-2353 |
| 5568281 | | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5569745 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 26 2023 18:42:00 | Citizens Bank N.A., One Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 5568263 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 26 2023 18:42:00 | Citizens Bank NA, Attn: Bankruptcy, 1 Citizens Plz, Providence, RI 02903-1344 |
| 5568261 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 26 2023 18:47:42 | Capital One, Attn: Bnakruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5570201 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 26 2023 18:47:28 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5568262 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2023 18:47:43 | Cbna, Attn: Bankruptcy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5568264 | | Email/PDF: DellBKNotifications@resurgent.com | Oct 26 2023 18:47:28 | Dell Financial Services, Attn: Bankruptcy, PO Box 81577, Austin, TX 78708-1577 |
| 5568276 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Oct 26 2023 18:42:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5569230 | | Email/Text: mrdiscen@discover.com | Oct 26 2023 18:42:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5568265 | | Email/Text: mrdiscen@discover.com | Oct 26 2023 18:42:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 5568266 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 26 2023 18:42:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 5568277 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 26 2023 18:42:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5568267 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 26 2023 18:47:34 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 5572017 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Oct 26 2023 18:42:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5568268 | + | Email/Text: Unger@Members1st.org | Oct 26 2023 18:42:00 | Members 1st Fcu, Attn: Bankruptcy, 5000 Marketplace Way, Enola, PA 17025-2431 |

| | | | |
|---|---|---|---|
| 5568269 | Email/Text: nsm_bk_notices@mrcooper.com | Oct 26 2023 18:42:00 | Mrc/United Wholesale M, Attn: Bankruptcy, PO Box 619098, Dallas, TX 75261-9098 |
| 5568280 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 26 2023 18:43:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5568278 | Email/Text: fesbank@attorneygeneral.gov | Oct 26 2023 18:42:00 | Office of Attorney General, Financial Enforcement, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 5568270 | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 26 2023 18:47:26 | Synchrony Bank, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5568271 | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 26 2023 18:47:42 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5568272 | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 26 2023 18:47:35 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5568273 | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 26 2023 18:47:35 | Synchrony/Paypal Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5568274 | Email/Text: bankruptcy@td.com | Oct 26 2023 18:43:00 | Td Bank, Attn: Bankruptcy Department, PO Box 9547, Portland, ME 04112-9547 |
| 5568279 | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | Oct 26 2023 18:42:00 | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |
| 5568281 | ^ MEBN | Oct 26 2023 18:39:54 | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| John Matthew Hyams | on behalf of Debtor 1 Brian J. Neri jmh@johnhyamslaw.com acb@johnhyamslaw.com;ccv@johnhyamslaw.com;dlh@johnhyamslaw.com |
| John Matthew Hyams | on behalf of Debtor 2 Kathryn M. Neri jmh@johnhyamslaw.com |

| | |
|---|---|
| Michael Patrick Farrington | acb@johnhyamslaw.com;ccv@johnhyamslaw.com;dlh@johnhyamslaw.com |
| | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Brian J. Neri,
    **Debtor 1**

Kathryn M. Neri,
    **Debtor 2**

Chapter 13

Case No. 1:23−bk−02181−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**November 22, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: November 29, 2023 <br> Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> Sylvia H. Rambo US Courthouse <br> 1501 N. 6th Street <br> Harrisburg, PA 17102 <br> (717) 901−2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: ChristopherGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 26, 2023 |

ntcnfhrg (08/21)