UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>BRIAN J NERI<br>KATHRYN M NERI | CASE NO: 23-02181<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 1/10/2024, I did cause a copy of the following documents, described below,

1st Amended Plan

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/10/2024

/s/ John M. Hyams
John M. Hyams  87327PA
Attorney for Debtor
Law Offices of John M. Hyams
2023 North 2nd Street
Harrisburg, PA  17102
717 766 5300
acb@johnhyamslaw.com

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

BRIAN J NERI
KATHRYN M NERI

CASE NO: 23-02181

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 1/10/2024, a copy of the following documents, described below,

1st Amended Plan

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/10/2024

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John M. Hyams
Law Offices of John M. Hyams
2023 North 2nd Street
Harrisburg, PA  17102

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 23-02181
MIDDLE DISTRICT OF PENNSYLVANIA
TUE JAN 9 13-39-43 PST 2024

(P)CITIZENS BANK N A
ATTN BANKRUPTCY TEAM
ONE CITIZENS BANK WAY
JCA115
JOHNSTON RI 02919-1922

EXCLUDE
~~(U)LAKEVIEW LOAN SERVICING LLC~~

---

EXCLUDE
~~US BANKRUPTCY COURT~~
~~SYLVIA H RAMBO US COURTHOUSE~~
~~1501 N 6TH STREET~~
~~HARRISBURG PA 17102-1104~~

(P)DEPARTMENT OF LABOR INDUSTRY
ATTN OFFICE OF CHIEF COUNSEL
651 BOAS STREET 10TH FLOOR
HARRISBURG PA 17121-0751

CAPITAL ONE
ATTN BNAKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

---

CAPITAL ONE NA
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 71083
CHARLOTTE NC 28272-1083

CBNA
ATTN BANKRUPTCY
PO BOX 6497
SIOUX FALLS SD 57117-6497

EXCLUDE
~~(D)(P)CITIZENS BANK N A~~
~~ATTN BANKRUPTCY TEAM~~
~~ONE CITIZENS BANK WAY~~
~~JCA115~~
~~JOHNSTON RI 02919-1922~~

---

EXCLUDE
~~(D)(P)CITIZENS BANK N A~~
~~ATTN BANKRUPTCY TEAM~~
~~ONE CITIZENS BANK WAY~~
~~JCA115~~
~~JOHNSTON RI 02919-1922~~

(P)DELL FINANCIAL SERVICES
P O BOX 81577
AUSTIN TX 78708-1577

DISCOVER BANK
DISCOVER PRODUCTS INC
PO BOX 3025
NEW ALBANY OH 43054-3025

---

DISCOVER FINANCIAL
ATTN BANKRUPTCY
PO BOX 3025
NEW ALBANY OH 43054-3025

GOLDMAN SACHS BANK USA
ATTN BANKRUPTCY
PO BOX 70379
PHILADELPHIA PA 19176-0379

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

---

JPMORGAN CHASE BANK NA
SBMT CHASE BANK USA NA
CO NATIONAL BANKRUPTCY SERVICES LLC
PO BOX 9013
ADDISON TEXAS 75001-9013

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

(P)JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

---

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

LAKEVIEW LOAN SERVICING LLC
CO NATIONSTAR MORTGAGE LLC
ATTN BANKRUPTCY DEPARTMENT
PO BOX 619096
DALLAS TX 75261-9096

MEMBERS 1ST FCU
PO BOX 8893
CAMP HILL PA 17001-8893

---

MEMBERS 1ST FCU
ATTN BANKRUPTCY
5000 MARKETPLACE WAY
ENOLA PA 17025-2431

MRCUNITED WHOLESALE M
ATTN BANKRUPTCY
PO BOX 619098
DALLAS TX 75261-9098

(P)PENNSYLVANIA OFFICE OF ATTORNEY
GENERAL
ATTN ATTENTION FINANCIAL ENFORCEMENT
SECTION
STRAWBERRY SQUARE
15TH FLOOR
HARRISBURG PA 17120-0001

---

PA DEPARTMENT OF REVENUE
DEPARTMENT 280946 ATTNBANKRUPTCY
HARRISBURG PA 17128-0946

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

EXCLUDE
~~(D)(P)PORTFOLIO RECOVERY ASSOCIATES LL~~
~~PO BOX 41067~~
~~NORFOLK VA 23541-1067~~

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| SYNCHRONY BANK<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO  FL 32896-5060 | SYNCHRONY BANKAMAZON<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO  FL 32896-5060 | SYNCHRONY BANKLOWES<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO  FL 32896-5060 |
| SYNCHRONYPAYPAL CREDIT<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO  FL 32896-5060 | (P)TD BANKNORTH NA<br>70 GRAY ROAD<br>FALMOUTH ME 04105-2299 | (P)U S  DEPARTMENT OF JUSTICE TAX DIVISION<br>CIVIL TRIAL SECTION EASTERN REGION<br>P O BOX 227<br>BEN FRANKLIN STATION<br>WASHINGTON DC 20044-0227 |
| UPMC IN CENTRAL PA<br>PO BOX 2353<br>HARRISBURG  PA 17105-2353 | UNITED STATES ATTORNEY<br>PO BOX 11754<br>HARRISBURG  PA 17108-1754 | EXCLUDE<br>~~UNITED STATES TRUSTEE~~<br>~~US COURTHOUSE~~<br>~~1501 N 6TH ST~~<br>~~HARRISBURG  PA 17102-1104~~ |
| EXCLUDE<br>~~BRIAN J NERI~~<br>~~100 JOSHUA DR~~<br>~~YORK  PA 17404-8638~~ | (P)JACK N  ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | EXCLUDE<br>~~JOHN MATTHEW HYAMS~~<br>~~LAW OFFICES OF JOHN M HYAMS~~<br>~~2023 N 2ND ST~~<br>~~HARRISBURG  PA 17102-2151~~ |
| EXCLUDE<br>~~KATHRYN M NERI~~<br>~~100 JOSHUA DR~~<br>~~YORK  PA 17404-8638~~ | | |