UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: BRIAN J. NERI and : CHAPTER 13
KATHRYN M. NERI :
    Debtor(s) :
:
JACK N. ZAHAROPOULOS :
STANDING CHAPTER 13 TRUSTEE :
    Movant :
:
vs. :
:
BRIAN J. NERI and :
KATHRYN M. NERI :
    Respondent(s) : CASE NO. 1-23-bk-02181

## WITHDRAWAL OF TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

AND NOW, this 14th day of February, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about January 19, 2024, be withdrawn as all issues have been resolved.

    Respectfully submitted:

    /s/Jack N. Zaharopoulos
    Standing Chapter 13 Trustee
    8125 Adams Drive, Suite A
    Hummelstown, PA 17036
    (717) 566-6097

## CERTIFICATE OF SERVICE

AND NOW, this 14th day of February, 2024, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

John Hyams, Esquire
2023 N. 2nd Street, Suite 203
Harrisburg, PA 17102

    /s/Deborah A. DePalma
    Office of Jack N. Zaharopoulos
    Standing Chapter 13 Trustee